IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| GLORIA F. VERBEKE, | ) | Case No. 13 B 3556 |
| | ) | |
| Debtor. | ) | Hon. Donald Cassling |
| | ) | |
| | ) | Hearing Date & Time: |
| | ) | December 17, 2013 @ 9:30 a.m. |

## NOTICE OF MOTION

TO: Attached Service List

**PLEASE TAKE NOTICE THAT** on December 17, 2013, at 9:30 a.m., I shall appear before the Honorable Donald Cassling, or any other judge sitting in his stead, in Room 619, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on Debtor's Motion To Enter Final Decree Closing Chapter 11 Case, a copy of which is attached hereto and hereby served upon you.

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 4th day of December 2013.

/s/ Monica C. O'Brien
Monica C. O'Brien

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Christina M. Riepel (Atty. ID #6297514)
Rachel D. Stern (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick S. Layng, United States Trustee
219 South Dearborn Street
Suite 873
Chicago, Illinois 60604

Maria Georgopoulos
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527

Miriam R. Stein
Chuhak & Tecson, P.C.
30 South Wacker Drive
Suite 2600
Chicago, Illinois 60606

**Parties Served Via U.S. Mail**

Mr. Gloria Verbeke
P.O. Box 933
Downers Grove, Illinois 60516

McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076

America's Servicing Company
PO Box 10328
Des Moines, Iowa 50306-0328

Freedman, Anselmo Lindberg LLC
1807 West Diehl
Suite 333
P.O. Box 3228
Naperville, Illinois 60563-1890

MGC Mortgage, Inc.
1 Corporate Drive
Suite 360
Lake Zurich, Illinois 60047-8945

Will County Treasurer
302 North Chicago Street
Joliet, Illinois 60432-4695

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| GLORIA F. VERBEKE, | ) | Case No. 13 B 3556 |
| | ) | |
| Debtor. | ) | Hon. Donald Cassling |
| | ) | |
| | ) | Hearing Date & Time: |
| | ) | December 17, 2013 @ 9:30 a.m. |

**MOTION TO ENTER FINAL DECREE CLOSING CHAPTER 11 CASE**

Now comes Gloria F. Verbeke, the Reorganized Debtor, by and through her attorneys, Gregory K. Stern, Monica C. O'Brien, Christina M. Riepel, and Rachel D. Stern, and in support of her Motion to Enter Final Decree Closing Chapter 11 Case, pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 3022, states as follows:

1. On January 30, 2013, the Debtor filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code; and, the Debtor, as Debtor In Possession, has continued in possession of her property, pursuant to §§ 1107 and 1108; and, no trustee has been appointed in this case.

2. On September 13, 2013, this Court entered an Order Confirming the Amended Plan of Reorganization (the "Confirmation Order"). The Confirmation Order is final and not subject to appeal.

3. The Reorganized Debtor has made all required payments that have become due under the Confirmed Plan.

4. The Reorganized Debtor has made all payments required by the United States Trustee.

5. The Reorganized Debtor's Confirmed Plan has been substantially consummated.

6.   There are no remaining contested matters pending and no further steps need be taken to facilitate the administration of the Confirmed Plan.

WHEREFORE, Gloria F. Verbeke, the Reorganized Debtor, prays for an order entering Final Decree closing the Reorganized Debtor's Chapter 11 case; and, for such other relief as may be just.

                               /s/ Monica C. O'Brien
                              Monica C. O'Brien, Debtor's Attorney

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Christina M. Riepel (Atty. ID #6297514)
Rachel D. Stern (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558