UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: ) BK No.: 13-3556
)
GLORIA F. VERBEKE )
) Chapter: 11
) Honorable Donald R. Cassling
)
Debtor(s) )

## FINAL DECREE CLOSING CHAPTER 11 CASE

     THIS CAUSE COMING ON TO BE HEARD on the Debtor's Motion to Enter Final Decree Closing Chapter 11 Case, pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 3022, due and proper notice having been served, the Court having jurisdiction over the parties and subject matter and being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. A Final Decree closing the Debtor's Chapter 11 case is hereby entered.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  March 18, 2014

**Prepared by:**

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Christina M. Riepel (Atty. ID #6297514)
Rachel D. Stern (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558